IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:18PO2** |
| vs. | ORDER |
| DANIEL C. KORCEK, | |
| Defendant. | |

This matter came on for trial on the 24th day of April, 2018. The government made an oral motion to dismiss, which the court granted. See Text Minute Entry (Filing No. 13). This case which involves, Violation Notices 6483827 NE14 and 6483828 NE14, is dismissed.

DATED this 26th day of April, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge